IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

PATRICIA R. STOUT,

        Plaintiff,

v.                                                                Civil Action No.: 3:23-CV-00390
                                                              Judge Robert C. Chambers

ALLSTATE VEHICLE AND
PROPERTY INSURANCE COMPANY
and AGAN RESTORATION, LLC,
d/b/a PUROCLEAN PROPERTY
PARAMEDICS,

        Defendants.

## DISMISSAL ORDER

On this day came the parties, by counsel, and announced to the Court that the matters in controversy between the parties have been compromised, settled and agreed. Whereupon motion was made to dismiss the above-styled matter with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. The Court, hearing no objection thereto, was of the opinion to and does hereby **DISMISS** the above-styled matter **WITH PREJUDICE**.

The Clerk is **ORDERED** to dismiss this case form the docket of the Court.

All of which is accordingly so **ORDERED, ADJUDGED** and **DECREED**.

The Clerk is hereby **ORDERED** to forward certified copies of this Order to counsel of record as follows:

L. David Duffield, Esq.
Chad Lovejoy, Esq.
DUFFIELD, LOVEJOY & BOGGS, PLLC
P.O. Box 608
Huntington, WV 25710-0608
duffield@duffieldlovejoy.com
clovejoy@duffieldlovejoy.com
*Counsel for Plaintiff*

Matthew Nelson, Esq.
Todd Meadows, Esq.
**Lewis Brisbois Bisgaard & Smith, LLP**
707 Virginia Street, East, Ste. 1400
Charleston, WV 25301
Matt.nelson@lewisbrisbois.com
Todd.Meadows@lewisbrisbois.com
*Counsel for Defendant Agan Restoration,
LLC d/b/a Puroclean Property Paramedics*

Brent K. Kesner (WVSB #2022)
Tanya M. Kesner (WVSB #5162)
**Kesner & Kesner, PLLC**
112 Capitol Street
P. O. Box 2587
Charleston, WV  25329
*Phone:* (304) 345-5200
*Fax:* (304) 345-5265
bkesner@kesnerlaw.com
tkesner@kesnerlaw.com
*Counsel for Allstate Vehicle and
Property Insurance Company*

ENTER this __14__ day of __Dec__, 20 __23__.

_____
Honorable Judge Robert C. Chambers

**Presented by:**

*/s/ Tanya M. Kesner*
Brent K. Kesner (WVSB #2022)
Tanya M. Kesner (WVSB #5162)
**Kesner & Kesner, PLLC**
112 Capitol Street
P. O. Box 2587
Charleston, WV  25329
*Phone:* (304) 345-5200
*Fax:* (304) 345-5265
bkesner@kesnerlaw.com
tkesner@kesnerlaw.com
*Counsel for Allstate Vehicle and Property Insurance Company*


**Approved by:**

*/s/ L. David Duffield*
L. David Duffield, Esq.
Chad Lovejoy, Esq.
DUFFIELD, LOVEJOY & BOGGS, PLLC
P.O. Box 608
Huntington, WV 25710-0608
duffield@duffieldlovejoy.com
clovejoy@duffieldlovejoy.com
*Counsel for Plaintiff*


*/s/ Todd Meadows*
Matthew Nelson, Esq.
Todd Meadows, Esq.
**Lewis Brisbois Bisgaard & Smith, LLP**
707 Virginia Street, East, Ste. 1400
Charleston, WV 25301
Matt.nelson@lewisbrisbois.com
Todd.Meadows@lewisbrisbois.com
*Counsel for Defendant Agan Restoration, LLC d/b/a Puroclean Property Paramedics*